IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ANTHONY PONE | : | NO. 93-040-7 |

<u>ORDER</u>

AND NOW, this 13th day of September, 2016, upon consideration of petitioner Anthony Pone's <u>pro se</u> motion for a two-level reduction to his sentence (docket entry #779), his motion to supplement the record (docket entry #783), and the federal defender's attached letter finding that Mr. Pone does not qualify for a two-level reduction, it is hereby ORDERED that:

1. Petitioner's <u>pro se</u> motion to supplement the record (docket entry #783) is GRANTED; and

2. Petitioner's <u>pro se</u> motion for a two-level reduction to his sentence (docket entry #779) is DENIED.

BY THE COURT:

/s/ Stewart Dalzell, J.